463 A.2d 40

Commonwealth v. Jones, Appellant.

Submitted

May 26, 1982. Peter Alan Levin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.

WIEAND, J., filed a memorandum dissenting opinion.